IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| HOSEY ALLEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 125-191 |
| | ) |
| CAPTAIN HARRELL, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action. None of the Defendants named in the above-captioned case should be required to further defend any claims raised against them based on the allegations raised in the complaint, (doc. no. 1-1), unless or until ordered by this Court, either in this case or upon screening of the amended complaint in Allen v. Harrell, CV 125-144 (S.D. Ga. June 17, 2025).

SO ORDERED this 22nd day of September, 2025, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA